# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1753

_____

JAMES HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James Hayes, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.